UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

   V.                                  *        Cr. No. GLR-20-092

AVERY HAWKINS                        *

     **Defendant**                     *
                                      *
For: AVERY HAWKINS                   *

## **MOTION TO SUPPRESS EVIDENCE**

Avery Hawkins, by his undersigned counsel, hereby moves this Honorable Court to exclude from evidence in this case a gun seized from his person on September 26, 2019, due to violations of his Fourth Amendment rights and as grounds states:

1. On September 26, 2019, was arrested by five Baltimore City police officers as the defendant attempted to run out of a beauty shop in East Baltimore.

2. The arrest was made without a warrant.

3. The arrest was made without probable cause and was made in violation of Mr. Hawkins' Fourth Amendment rights. *Beck v. Ohio*, 379 U.S. 89, 96 (1984) and *Wong Sun v. United States*, 371 U.S. 471, 479 (1963).

4. Incident to the arrest, his pockets were searched.

5. The search was made without a warrant.

6. The search was made without probable cause and was a violation of his Fourth Amendment rights. *Wong Sun, id*.

7. The search resulted in the discovery of a weapon.

8. Because the seizure of the weapon resulted from violations of Mr. Hawkins' Constitutional rights, it must be suppressed and excluded from evidence at the trial of this matter.  *Id*.

9. A legal memorandum in further support of this motion will be filed in short order.

WHEREFORE, Avery Hawkins moves this Honorable Court to exclude from evidence in this case a gun seized from his person on September 26, 2019

Respectfully submitted,

_____/s/_____
Richard Bardos, of Counsel
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th of August, 2020, a copy of the foregoing Motion was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

\_\_\_\_\_/s/_____
Richard Bardos